**Law Office of Barry W. Rorex, PLC**
177 N. Church Ave., Suite 1100
Tucson, Arizona 85701
(520) 495-7596
(520) 838-8061(fax)
Michael Harnden Bar No. AZ029474
mike@brorexlaw.com
Counsel for Defendant Web Express LLC

**Justice Law Center**
1100 S. 10th St.
Las Vegas, NV 89104
(702) 731-0000
Bret Whipple Bar No. NV6168
admin@justice-law-center.com
Counsel for Defendant Web Express LLC

**United States District Court**
**District of Nevada**

| | |
|---|---|
| Andre Wilson, an individual, | Case No.: 2:15-cv-02198-GMN-CWH |
| Plaintiff | **Defendant Web Express LLC's Corporate Disclosure Statement** |
| vs. | |
| Web.com Group Inc., *et al*, | Hon. Gloria M. Navarro |
| Defendants | Assigned to Magistrate Judge Hon. Carl W. Hoffman |

This Corporate Disclosure Statement is filed on behalf of Defendant WebExpress, LLC in compliance with the provisions of Fed. R. Civ. P. 7.1 and LR 7.1-1 requiring a nongovernmental corporate party to an action in a district court to file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock, or to state that there is no such corporation.

The filing party declares that there is **no such corporation**.

///

1

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this Monday, November 30th, 2015.

/s/ Bret Whipple
———————————————
Bret Whipple
Counsel for Web Express, LLC

/s/Michael Harnden
———————————————
Michael Harnden
Counsel for Web Express, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, November 30th, 2015, a copy of the foregoing was electronically transmitted to the Clerk's office for filing using the CM/ECF System.

I further certify that a copy of the foregoing sent via USPS to the following:

Perfect Privacy, LLC
Attention: Legal Department
303 Peachtree Center Avenue
Suite 500
Atlanta, GA 30303
Defendant

Web.com Group, Inc.
Attn: Legal Department
12808 Gran Bay Parkway West
Jacksonville, FL 32258
Corporate Parent and Custodian of Records for
Defendant Perfect Privacy

/s/Bret Whipple
_____