Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 415.957.3179
Facsimile: 702.974.1058
Email: dcanderson@duanemorris.com

Attorneys for Defendants *Cox Communications, Inc. and Cox Enterprises, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANDRE WILSON, an individual

            Plaintiff,

      v.

WEB EXPRESS LLC, and Arizona PERFECT PRIVACY, LLC, a Connecticut Limited Liability Company; COX COMMUNICATIONS, INC., a Delaware Corporation; COX COMMUNICATIONS, INC., a Georgia Corporation; COX ENTERPRISES, INC., a Delaware Corporation; DOE Individuals I-II; ROE Entities I-II; DOE Individuals III-X; and ROE Entities III-X,

            Defendants.

Case No. 2:15-cv-02198-GMN-CWH

**NOTICE OF APPEARANCE OF COUNSEL**

      PLEASE TAKE NOTICE that Dominica C. Anderson and Daniel B. Heidtke, of DUANE MORRIS LLP, will appear as counsel of record for Defendants COX COMMUNICATIONS, INC., a Delaware Corporation; COX COMMUNICATIONS, INC., a Georgia Corporation; and COX ENTERPRISES, INC., a Delaware Corporation (collectively the "Cox Defendants").

            DUANE MORRIS LLP

            By: _/s/ Daniel B. Heidtke_
            Dominica C. Anderson (SBN 2988)
            Daniel B. Heidtke (SBN 12975)
          Attorneys for *Cox Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2015, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL**, postage prepaid (if U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

*/s/ Jana Dailey*
Jana Dailey
An employee of DUANE MORRIS LLP