Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 415.957.3179
Facsimile: 702.974.1058
Email: dcanderson@duanemorris.com

*Attorneys for Defendants Cox Communications, Inc. and Cox Enterprises, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE WILSON, an individual<br><br>Plaintiff,<br><br>v.<br><br>WEB EXPRESS LLC, and Arizona PERFECT PRIVACY, LLC, a Connecticut Limited Liability Company; COX COMMUNICATIONS, INC., a Delaware Corporation; COX COMMUNICATIONS, INC., a Georgia Corporation; COX ENTERPRISES, INC., a Delaware Corporation; DOE Individuals I-II; ROE Entities I-II; DOE Individuals III-X; and ROE Entities III-X,<br><br>Defendants. | Case No. 2:15-cv-02198-GMN-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR THE COX DEFENDANTS TO RESPOND TO THE *AMENDED* COMPLAINT** |

Plaintiff ANDRE WILSON ("Wilson" or "Plaintiff") and Defendants COX COMMUNICATIONS, INC., a Delaware Corporation; COX COMMUNICATIONS, INC., a Georgia Corporation; COX ENTERPRISES, INC., a Delaware Corporation (collectively the "Cox Defendants" and, together with Wilson, the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

1. Wilson's Complaint was filed in the Nevada District Court for Clark County on September 11, 2015 and served upon the Cox Defendants, along with a summons, on September 22, 2015;

///

2. The Cox Defendants' response to the Complaint was originally due October 12, 2015;

3. The Parties agreed to extend the deadline for Cox's response by 14 days, to October 26, 2015;

4. On October 19, 2015, Wilson electronically filed and served his First Amended Complaint;

5. Pursuant to NRCP 15(a) and 6, the date for the Cox Defendants to file their answer or otherwise respond to the First Amended Complaint was extended to November 5, 2015;

6. On November 4, 2015, the Parties filed a stipulation with the Clark County District Court extending the deadline for the Cox Defendants "until 20 days after the Court enters an order granting a preliminary or permanent injunction transferring control of the Website from Web Express LLC, Chuck Rodrick, or any other unnamed defendant, as requested in Count V of Plaintiff's First Amended Complaint or ordering the aforesaid defendants to cease publishing the website. If the Court declines to enter [an order granting a preliminary or permanent injunction], Plaintiff agrees to file a voluntary dismissal dismissing the Cox Defendants from the case within 10 days of the entry of any order or judgment denying the relief sought in Count V of the First Amended Complaint." A copy of the Stipulation Extending Time for the Cox Defendants to Respond to the Amended Complaint is attached to the Notice of Removal as Exhibit J. [Doc. 1-11];

7. On November 20, 2015, Defendants Web Express LLC and Charles Rodrick filed a Notice of Removal, removing the case to this Court;

8. Because Fed.R.Civ.P. 6(b) requires the Court to approve an extension of time for the Cox Defendants to file an answer (whereas the applicable state court rules require no such approval) and the Cox Defendants did not consent to the removal of this case and are further characterized by Defendants Web Express LLC and Charles Rodrick and "nominal defendants" in the Notice of Removal [Doc. 1], Wilson and the Cox Defendants hereby request that the Court approve the agreement the Parties reached prior to removal, as set forth below:

  a. This is the Parties' first stipulation for an enlargement of time to respond to the First Amended Complaint in this Court;

b. The Parties agree that the Cox Defendants have not contributed any content to the <http://www.sexoffenderrecord.com/offender/view/271623> website (the "Website") and Wilson stipulates that he is not seeking any monetary damages against the Cox Defendants;

c. The Parties stipulate and agree that the deadline for the Cox Defendants to file an answer or otherwise respond to the First Amended Complaint (or any subsequent amendment thereof) shall be extended until 20 days after the Court enters an order granting a preliminary or permanent injunction transferring control of the Website from Web Express LLC, Chuck Rodrick, or any other unnamed defendant, as requested in Count V of Plaintiff's First Amended Complaint or ordering the aforesaid defendants to cease publishing the website.  If the Court declines to enter such an order, Plaintiff agrees to file a voluntary dismissal dismissing the Cox Defendants from the case within 10 days of the entry of any order or judgment denying the relief sought in Count V of the First Amended Complaint;

d. The Parties further stipulate that Cox shall not have any obligation to prepare or serve its initial disclosures required by Fed.R.Civ.P. 26(a) until 14 days following the Cox Defendants' filing of an answer or other initial responsive pleading pursuant to Paragraph 8(c); and

e. This stipulation is not made for purposes of delay.

IT IS SO STIPULATED this 30th day of November, 2015.

DUANE MORRIS LLP

By:   /s/ Daniel B. Heidtke
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
Attorneys for Defendants *Cox Communications Inc. and Cox Enterprises, Inc*

LAW OFFICE OF DAN M. WINDER, P.C.

By:   /s/ Dan M. Winder
Dan M. Winder (SBN 1569)
3507 W. Charleston Blvd.
Attorneys for Plaintiff *Andre Wilson*

**SO ORDERED**:

_____
Hon. Carl W. Hoffman
United States Magistrate Judge