DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
MATTHEW J. PEIRCE, ESQ.
Nevada State Bar No. 6449
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE WILSON, an individual,<br><br>                    Plaintiff,<br>vs.<br><br>WEB EXPRESS LLC, an Arizona Limited Liability Company; CHUCK RODRICK, an individual; PERFECT PRIVACY, LLC, a Connecticut Limited Liability Company; COX COMMUNICATIONS, INC., a Delaware Corporation; COX COMMUNICATIONS, INC., a Georgia Corporation; COX ENTERPRISES, INC., a Delaware Corporation; DOE Individuals I-II; ROE Entities I-II; DOE Individuals III-X; and ROE Entities III-X,<br><br>                    Defendants | Case No. 2:15-cv-02198-GMN-(CWH)<br><br>**PLAINTIFF WILSON'S CERTIFICATE OF <u>INTERESTED PARTIES</u> LR 7.1-1** |

1

The undersigned, counsel of record for Plaintiff Andre Wilson, certifies to the best of his knowledge that no known interested parties other than those participating in this case exist.

Respectfully submitted this 30th day of November, 2015.

LAW OFFICE OF DAN M. WINDER, P.C.

DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
MATTHEW J. PEIRCE, ESQ.
Nevada State Bar No. 6449
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Tel: (702) 474-0523;
Fax: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

2