```
 1  SUMM
    DAN M. WINDER, ESQ.
 2  Nevada State Bar No. 1569
    ARNOLD WEINSTOCK, ESQ.
 3  Nevada State Bar No. 810
    SCOTT C. DORMAN, ESQ.
 4  Nevada State Bar No. 13108
    LAW OFFICE OF DAN M. WINDER, P.C.
 5  3507 W. Charleston Blvd.
    Las Vegas, NV 89102
 6  Telephone: (702) 878-6000
    Facsimile: (702) 474-0631
 7  Attorney for Plaintiff
 8
 9
10                      DISTRICT COURT
11                   CLARK COUNTY, NEVADA
12
13  ANDRE WILSON, an individual,        Case No: A-15-724483-C
                                        Dept. No: XV
14              Plaintiff,
    vs.
15
16  WEB EXPRESS LLC, an Arizona Limited     SUMMONS
    Liability Company; CHUCK RODRICK, an
17  individual; PERFECT PRIVACY, LLC, a
    Connecticut Limited Liability Company; COX
18  COMMUNICATIONS, INC., a Delaware
    Corporation; COX COMMUNICATIONS,
19  INC., a Georgia Corporation; COX
    ENTERPRISES, INC., a Delaware
20  Corporation; DOE Individuals I-II; ROE
    Entities I-II; DOE Individuals III-X; and ROE
21  Entities III-X,
22
23              Defendants.
24
25  NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
    WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.
26  READ THE INFORMATION BELOW.
27
    TO THE DEFENDANT CHUCK RODRICK: A civil complaint has been filed by the Plaintiff
28
    against you for the relief set forth in Plaintiff's First Amended Complaint:
```

1

Defamation; Wrongful Interference With Prospective Economic Advantage; Public Disclosure of Private Facts – Invasion Of Privacy); Portrayal In A False Light (Invasion Of Privacy); and Seizure Of Property And Injunctive Relief (NRCP 65).

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the First Amended Complaint in accordance with the rules of the Court, with the appropriate filing fee.

    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to respond will result in a judgment of default against you for the relief demanded in the First Amended Complaint, which could result in the taking of money or property or other relief requested in the First Amended Complaint.

3. If you intend to see the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the First Amended Complaint.

Submitted by:

By: /s/ Dan M. Winder
DAN M. WINDER, ESQ.
Nevada Bar No. 1569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar Number 810
SCOTT C. DORMAN, ESQ.
Nevada Bar No. 13108
Law Offices of Dan M. Winder, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Tel: (702) 878-6000
Fax: (702) 474-0631
*Attorney for Plaintiff*

Steven D. Grierson
CLERK OF COURT

OCT 20 2015

/s/ Walter Abrego-Bonilla
Deputy Clerk    Date:
Regional Justice Center
200 Lewis Ave
Las Vegas, NV 89155

LAW OFFICE OF DAN M WINDER PC
DAN M. WINDER, ESQ.
Nevada Bar Number 001569
ARNOLD WEINSTOCK, ESQ.
Nevada Bar Number 000810
SCOTT C. DORMAN, ESQ.
Nevada Bar Number 013108
(702) 878-6000
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Attorneys for Plaintiff

DISTRICT COURT
CLARK COUNTY, NEVADA

ANDRE WILSON,
         Plaintiff,
vs.

WEB EXPRESS LLC, et al.,
         Defendant.

Case No.: A-15-724483-C

Dept No.: XV

AFFIDAVIT/DECLARATION OF SERVICE OF CHUCK RODRICK

    Bryan Muth, Process Server Registration #7293, being duly sworn or under penalty of perjury, state that at all times relevant, I was over 18 years of Age, authorized to serve civil process in this jurisdiction, not a party to or interested in the proceeding in which this affidavit is made. That on Thu, Nov 12 2015 at 03:40 PM, at the address of 6541 E OLD PAINT TRAIL, within CAREFREE, AZ, the undersigned duly served the following document(s): SUMMONS; PLAINTIFF'S FIRST AMENDED COMPLAINT in the above entitled action upon CHUCK RODRICK, by then and there, at the residence and usual place of abode of said person(s), personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with CHUCK RODRICK.

    I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. No Notary is Required per NRS 53.045

Dated this 12TH of NOVEMBER, 2015

_____
Bryan Muth, For:
ACE EXECUTIVE SERVICES, LLC (NV2021C)
170 S GREEN VALLEY PKWY #300-305
HENDERSON, NV 89012
702 919-7223

AFFIDAVIT/DECLARATION OF SERVICE OF CHUCK RODRICK - 1