1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8          ) Case #_____
           )
9          )
           )          **VERIFIED PETITION FOR**
10  Plaintiff(s),  )          **PERMISSION TO PRACTICE**
           )          **IN THIS CASE ONLY BY**
11  vs.        )          **ATTORNEY NOT ADMITTED**
           )          **TO THE BAR OF THIS COURT**
12          )          **AND DESIGNATION OF**
           )          **LOCAL COUNSEL**
13          )
  Defendant(s).  )
14  _____)  FILING FEE IS $250.00

15

16  _____, Petitioner, respectfully represents to the Court:
            (name of petitioner)

17
    1.    That Petitioner is an attorney at law and a member of the law firm of
18

19  _____
                        (firm name)

20  with offices at _____,
                        (street address)

21
    _____, _____, _____,
22          (city)              (state)         (zip code)

23
    _____, _____.
24     (area code + telephone number)         (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by
25

26  _____ to provide legal representation in connection with
            [client(s)]

27  the above-entitled case now pending before this Court.

28
                                            Rev. 1/15

3.      That since _____, Petitioner has been and presently is a
                                          (date)
member in good standing of the bar of the highest Court of the State of _____
                                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

2

Rev. 1/15

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

7.      That Petitioner is a member of good standing in the following Bar Associations.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

1      That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  _____
              Petitioner's signature

STATE OF _____Arizona_____ )

5                           )

COUNTY OF _____Pima_____ )

6

7  _____Michael Harnden_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9  _____
              Petitioner's signature

10  Subscribed and sworn to before me this

11  ___3rd___ day of __December__, _2015_.

12

13  _____
    Notary Public or Clerk of Court

14

**OFFICIAL SEAL**
**CORINA A. AHUMADA**
Notary Public - State of Arizona
**PIMA COUNTY**
My Comm. Expires Jan. 11, 2017

15

16      **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
    **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____Bret Whipple_____,

19                                              (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____1100 S. 10th St._____,
                             (street address)

24  _____Las Vegas_____, _____Nevada_____, ___89104___,
      (city)                 (state)         (zip code)

25

26  ___702-731-0000___, ___admin@justice-law-center.com___.
  (area code + telephone number)       (Email address)

27

28                                         4                                         Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Bret Whipple_____ as
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Charles Rodrick
_____
(type or print party name, title)

_____
(party's signature)

Web Express, LLC (member)
_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6168                            admin@justice-law-center.com
_____
Bar number                  Email address

APPROVED:

Dated: this _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT
### OF THE
### STATE OF ARIZONA

---

*I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that,*

*according to the records of my office and upon the recommendation of the Disciplinary*

*Clerk of the Supreme Court of Arizona*

### *MICHAEL PATRICK HARNDEN*

*was on the 17th day of July, 2012 duly admitted to practice as an Attorney and Counselor*

*at Law in all the courts of Arizona; that no disciplinary proceedings are pending against*

*this attorney in the Arizona Supreme Court as of the date of this certificate; and that this*

*name now appears on the Roll of Attorneys in this office as an active member of the Bar*

*in good standing.*



*Given under my hand and the seal of said Court this 25th day of November, 2015.*

*JANET JOHNSON, Clerk*

*By* Krystle Dominguez
*Krystle Dominguez*
*Deputy Clerk II*

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **MICHAEL PATRICK HARNDEN** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on July 17, 2012 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this November 25, 2015.

Michele Smith
Acting Disciplinary Clerk